# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# MEMPHIS DIVISION

| | |
|---|---|
| **MARJORIE WILLIAMS,** | ) |
| | ) **Case No. 2:17-cv-02645** |
| Plaintiff, | ) |
| | ) **Judge Sheryl H. Lipman** |
| vs. | ) **Magistrate Charmiane G. Claxton** |
| | ) |
| **WELLS FARGO BANK, N.A.,** | ) **JURY DEMAND** |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF SETTLEMENT

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby notifies the Court that a settlement of the present matter has been reached as to all claims of Plaintiff against Wells Fargo in this matter. The parties are currently drafting the settlement documents. The parties respectfully request that this Court allow forty-five (45) days to file a stipulation of dismissal.

Respectfully submitted this 21st day of December, 2017.

*/s/ Samuel A. Morris*
Samuel A. Morris (BPR # 034878)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3200
Facsimile: (615) 724-3358
smorris@burr.com

Courtney C. Wenrick, Esq.*
SEVERSON & WERSON, APC
19100 Von Karman Avenue, Ste. 700
Irvine, CA  92612
Telephone: (949) 442-7110
ccw@severson.com

30957034 v1

Attorneys for Defendant
WELLS FARGO BANK, N.A.

*pro hac vice pending*

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail on this the 21st day of December, 2017:

Mark Lambert, Esq.
Morgan & Morgan
1 Commerce Square, 26th Floor
Memphis, TN  38103
mlambert@forthepeople.com

Amy Ferrera, Esq.
201 North Franklin Street, #700
Tampa, FL  33605
amferrera@forthepeople.com

                                              */s/ Samuel A. Morris*
                                              OF COUNSEL

30957034 v1