IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

MARJORIE WILLIAMS,

Plaintiff,

-vs-

CASE NO.: 2:17-CV-2645 SHL/CGC
JURY DEMAND

WELLS FARGO BANK, N.A.,

Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, Marjorie Williams, and the Defendant, Wells Fargo Bank, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses. Pursuant to local rule 83.13(b), a proposed Agreed Order of Dismissal in word format is being submitted concurrently to Chambers by means of email.

Respectfully submitted this 29th day of January, 2018.

| | |
|---|---|
| /s/ Amy Ferrera | /s/ Samuel A. Morris |
| Amy Ferrera, Esquire | Samuel A. Morris, Esquire |
| Morgan & Morgan, Tampa, P.A. | Burr Forman, LLP |
| One Tampa City Center | 511 Union St., Suite 2300 |
| Tampa, FL 33602 | Nashville, TN 37219 |
| Tele: (813) 223-5505 | Tele: (615) 724-3258 |
| Fax: (813) 223-5402 | Fax: (615) 724-3358 |
| Florida Bar#: 15313 | BPR#: 034878 |
| amferrera@forthepeople.com | smorris@burr.com |
| jessicak@forthepeople.com | Attorney for Defendant |
| Attorney for Plaintiff | |