# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |
|---|---|
| MARJORIE WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:17-cv-02645-SHL-cgc |
| WELLS FARGO BANK, N.A., | ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint, filed September 5, 2017 (ECF No. 1),

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 31), filed January 29, 2018, judgment is entered and the matter is hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

January 30, 2018
Date